**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0039** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JUAN MANCIA,** | : | |
| **Defendant** | : | |

**O R D E R**

AND NOW, this 7th day of June, 2006, upon consideration of the guilty verdict rendered against defendant Juan Mancia, on June 5, 2006, following a jury trial in this matter, it is hereby ORDERED that the United States Probation Office is directed to conduct a presentence investigation and develop a report in the above-captioned case. Disclosure of the initial presentence report shall be no later than **July 31, 2006**. Sentencing will be scheduled following the Court's receipt of the presentence report.

                                              S/Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge